IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DANIEL SIMMONS and
DESHIA WERNER, individually
and on behalf of all others
similarly situated,**

      **Plaintiffs,**

v.                                             Case No. 4:15cv437-MW/CAS

**#1A LIFESAVER DISTRIBUTION,
INC.,**

      **Defendant.**
_____/

## ORDER APPROVING JOINT SETTLEMENT
## AND STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiffs and Defendant jointly move this Court to approve the settlement of Plaintiff's claims pursuant to the Fair Labor Standards Act ("FLSA"). ECF No. 43.

This Court has reviewed the proposed settlement in accordance with *Lynn's Food Stores, Inc. v. United States, US Dep't of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982), and finds that it represents a fair and reasonable resolution of all of Plaintiffs' claims and the bona fide disputes over the FLSA provisions and because Defendant is paying Plaintiffs' reasonable attorneys' fees and costs. This Court approves the Settlement and dismisses the case with prejudice.

1

For these reasons,

**IT IS ORDERED**:

1. The Joint Motion for Approval of the Settlement and Dismissal of Claims, ECF No. 43, is **GRANTED**.

2. The parties must comply with their settlement agreement.

3. All claims are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

4. The Clerk must enter judgment stating, "The parties are ordered to comply with their settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41."

5. The Clerk must close the file.

**SO ORDERED on July 7, 2016.**

s/Mark E. Walker
**United States District Judge**
