UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANIEL SIMMONS and DESHIA WERNER,

    VS                                  CASE NO. 4:15-cv-00437-MW-CAS

#1A LIFESAFER DISTRIBUTION INC.,

**JUDGMENT**

The parties are ordered to comply with their settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

July 7, 2016
DATE

s/ Tiffinie Larkins
Deputy Clerk: Tiffinie Larkins